**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01526-LTB-MJW

MONICA GENESE BRYANT-TAYLOR,

      Plaintiff,

v.

CLARETTHA YOUGHBOR, and
PRIORITY TRANSPORTATION, LLC.,

      Defendants.
_____

**ORDER**
_____

Upon the Notice of Appointment of Receiver and Injunction (Doc 17), Plaintiff's Response to the Court's Order to Show Cause (Doc 19), and Defendant's Response to the Order to Show Cause (Doc 23), it is

ORDERED that this matter is STAYED for six (6) months from the date of this Order. The parties are directed to file a status report **on or before April 21, 2009** regarding the matter of the Injunction regarding Defendant Priority Transportation, LLC.

                                                  BY THE COURT:

                                                    s/Lewis T. Babcock
                                                    Lewis T. Babcock, Judge

DATED:   October 21, 2008