IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  08-cv-01526-LTB-MJW

MONICA GENESE BRYANT-TAYLOR,

        Plaintiff,

v.

CLARETTHA YOUGHBOR, and
PRIORITY TRANSPORTATION, L.L.C.,

        Defendants.
_____

## ORDER
_____

Upon my order dated October 21, 2008, this matter was stayed for six (6) months. [Doc #24]  That stay has now expired.

As a result, each party is hereby ORDERED to file a status report with the court **on or before August 13, 2009**, regarding the status of this case and their respective positions on the stay.  I note that Defendant Priority Transportation, LLC must be represented by an attorney to appear in federal court.  *See Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir.2001) ("[a]s a general matter, a corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing *pro se*.")

Dated: July   13  , 2009, in Denver, Colorado.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, JUDGE